UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**KILEY FLYNN** and **GLORIA TOROVECI,** individually, and on behalf of all other similarly-situated individuals,

    Plaintiffs,

vs.

**TRES AMIGOS, INC.,**
a Michigan corporation, et al.,

    Defendant.

Case No. 2:18-cv-12426

Hon. Marianne O. Battani

Magistrate Judge David R. Grand

_____

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter having come before the Court on the Parties' Joint Motion to Approve Settlement, the Court having determined that the settlement proposed by the Parties is a fair and reasonable resolution of a bona fide dispute, and the Court being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the Settlement Agreement between the Parties be and is approved; and

**IT IS FURTHER ORDERED** that this matter be and is hereby dismissed **WITH PREJUDICE** and **WITHOUT** costs or attorneys fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED.**

Date: 2/7/20                                    s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge


**So Stipulated:**

| | |
|---|---|
| **SOMMERS SCHWARTZ, P.C.** | **HONIGMAN MILLER SCHWARTZ AND COHN, LLP** |
| *s/ Kevin J. Stoops* | *s/ Matthew S. Disbrow* |
| Kevin J. Stoops (P64371) | Matthew S. Disbrow (P65378) |
| Charles R. Ash, IV (P73877) | Jennifer L. Muse (P81208) |
| One Towne Square, Suite 1700 | 2290 First National Bank Building |
| Southfield, MI 48076 | 660 Woodward Avenue |
| Telephone: 248.355.0300 | Detroit, Michigan 48226 |
| kstoops@sommerspc.com | (313) 465-7000 |
| crash@sommerspc.com | |
| | Attorneys for Defendant |
| **THE SHARP FIRM** | |
| Heidi T. Sharp (P69641) | |
| Syeda F. Davidson (P72801 | |
| The Sharp Firm | |
| 43260 Garfield Road, Suite 280 | |
| Clinton Township, Michigan 48038 | |
| syeda@bsglawfirm.com | |

Attorneys for Plaintiffs

2